## FAIR v. ANGUS et al.

### S. F. Nos. 1155, 1156; May 23, 1899.

#### 57 Pac. 385.

**Appeal—Setting Aside Submission.—Where a Justice has not Heard** the argument, and it is deemed important that all the justices should participate in the decision, the submission of the appeal will be set aside, with leave to counsel to stipulate to resubmit the case on the briefs and printed arguments already on file.

APPEAL from Superior Court, City and County of San Francisco.

Action by Charles L. Fair against James S. Angus and others. From a judgment for plaintiff, defendants appeal. Submission set aside, and resubmission ordered.

G. W. McEnerney for appellant Goodfellow; Van R. Paterson for appellants Guardian and others; Lloyd & Wood for appellants Theresa Oelrichs and Virginia Fair; Knight & Heggarty for respondent.

PER CURIAM.—In the above-entitled appeals, one of the justices of this court not having heard the arguments, and therefore being disqualified to participate in the decisions thereof, and it being deemed important that all of the justices should so participate, it is ordered that the submission of said appeals be set aside, and that they be resubmitted to the full court. As the briefs on these appeals are very elaborate, and as several of the oral arguments made at the hearing have been printed and are on file, counsel for the several

parties may stipulate, if they so desire, to immediately resubmit the cases on the briefs and printed arguments now on file; otherwise, they will be placed for argument on the next July calendar.